```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------
UNITED STATES OF AMERICA,

            -vs-                              15-CR-2

JASON M. SMITH,

                    Defendant.
---------------------------------------
```

Proceedings held before the

Honorable William M. Skretny, Buffalo

Courtroom, Robert H. Jackson Courthouse,

2 Niagara Square, Buffalo, New York, on

January 5, 2016.

APPEARANCES:

SCOTT ALLEN,
Assistant United States Attorney,
Appearing for the United States.

THOMAS J. EOANNOU, ESQ.,
Appearing for Defendant.

Michelle L. McLaughlin, RPR,
Official Reporter,
U.S.D.C. W.D.N.Y.

1           THE CLERK:  Criminal case 15-2S, United
2   States of America versus Jason Smith.
3           THE COURT:  Mr. Allen, good morning.
4           MR. ALLEN:  Morning, your Honor.
5           THE COURT:  Mr. Eoannou, good morning.
6           MR. EOANNOU:  Morning, Judge.
7           THE COURT:  Jason Smith.  I'm going to
8   file a text order today accepting Judge McCarthy's
9   Report and Recommendation, so that will be of
10  record as of today.  So we have to figure out where
11  we're going to go from here.  The government's
12  motion for reciprocal discovery was granted.  The
13  motion to suppress is denied.
14      Is that Jason Smith there?
15          MR. EOANNOU:  It is, your Honor.
16          THE COURT:  All right.  Good morning.
17          THE DEFENDANT:  Good morning, your Honor.
18          THE COURT:  What are we going to do here,
19  Mr. Eoannou?  Are discussions going on, or are we
20  going to go forward with a trial here, or do you
21  need some time to kind of work on it?
22          MR. EOANNOU:  We have had discussions,
23  your Honor.  I think we'll resolve this.  If we put
24  a status in 30 days -- this will not be a trial
25  case.  We'll resolve it either at that time or one

1   more adjournment.
2             THE COURT:  Does that work, Mr. Allen?
3             MR. ALLEN:  Yes, your Honor.  Thank you.
4             THE COURT:  Miss Labuzzetta, if we can,
5   please.
6        Maybe do it right at the end of January.  That
7   should be enough time, right?
8             MR. EOANNOU:  Yes, Judge.  Question of
9   looking at some photos.
10            THE CLERK:  How about the 26th, which is a
11  Tuesday, at 9:00.
12            THE COURT:  January 26th at 9:00?
13            MR. ALLEN:  Your Honor, I'm scheduled to
14  begin a contested trial with Judge Vilardo on that
15  day at 9:30, your Honor.
16            THE CLERK:  How about the 25th at 9:00?
17            MR. ALLEN:  That would be great, your
18  Honor.  Thank you.
19            MR. EOANNOU:  That will be fine.
20            THE COURT:  25th at 9:00.  Okay.  I'll
21  exclude the time through and including the 25th in
22  the interest of justice, and I find that the ends
23  of justice outweigh the interest of defendant and
24  society to a speedy trial under 3161(h)(7)(A).  No
25  objection?

1           MR. EOANNOU:   No objection.
2           MR. ALLEN:   Thank you, your Honor.
3           THE COURT:   Okay.   Thank you very much.
4    Okay, Mr. Smith, take care.
5           *      *      *      *      *      *

1 CERTIFICATION
2
3 I certify that the foregoing is a
4 correct transcription of the proceedings
5 recorded by me in this matter.
6
7
8 s/Michelle L. McLaughlin
Michelle L. McLaughlin, RPR
9 Official Reporter
U.S.D.C., W.D.N.Y.
10